# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

### JUDGMENT IN A CIVIL CASE

SANCHEZ TORELLO,

      Plaintiff,

v.                                                 Case No. 22-04054-CV-C-SRB-P

CORIZON MEDICAL SERVICES and
ASHOK CHADA, M.D.,

      Defendants.

- ☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: Plaintiff's Motion for Summary Judgment is DENIED. Defendant Chada's Motion for Summary Judgment is GRANTED. This case is dismissed.

Entered on: August 1, 2022.                            PAIGE WYMORE-WYNN
                                                               CLERK OF COURT

                                                                   /s/ K. Willis
                                                                   (By) Deputy Clerk